IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

SHERYL R. MANKLE,  )
 )
    Plaintiff, ) No. C05-4072-PAZ
 )
vs. )
 ) JUDGMENT
JO ANNE B. BARNHART, ) IN A CIVIL CASE
Commissioner of Social Security, )
 )
    Defendant. )

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Sheryl R. Mankle, take nothing and this action is dismissed.


Dated: June 1, 2006      PRIDGEN J. WATKINS
    Clerk

    /s/ des
    (By) Deputy Clerk